**Order entered January 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00144-CR

**TENEKA KASHUN ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-21009-Y**

## ORDER

The Court **REINSTATES** the appeal.

On January 13, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. On January 27, 2014, we received appellant's motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Accordingly, we **VACATE** the January 13, 2014 order requiring findings. We will dispose of the motion to dismiss in due course.

/s/     DAVID EVANS
        JUSTICE